

# PELTON GRAHAM LLC

ADVOCATES FOR JUSTICE

March 3, 2021

Brent E. Pelton, Esq.
Pelton@PeltonGraham.com

**VIA ECF**

**MEMO ENDORSED, p. 2**

Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re: ***Warren, et al. v. Aba Noub, Ltd. d/b/a Joseph Pharmacy, et al.***
> **Civil Action No. 21 Civ. 00365 (SHS)**

Dear Judge Stein:

This office represents named plaintiff Stanley Warren ("Warren" or "Plaintiff") in the above-referenced matter with regard to his claims against Aba Noub, Ltd. d/b/a Joseph Pharmacy. Ava Kirellous Ltd. d/b/a Wellness Pharmacy, Sherif Eltahawy and Lizette Eltahawy (collectively, "Defendants" and, together with Plaintiff, the "Parties").

We are pleased to inform Your Honor that the Parties have reached a settlement in principle of this action. As such, we respectfully request an adjournment of Defendants' time to file their answer currently due Monday, March 8, 2021 (Dkt. No. 19), and the initial conference scheduled for next Thursday, March 12, 2021 at 10:30 am *sine die*. The parties respectfully request thirty (30) days to file their motion for approval of the settlement with Your Honor, which includes Fair Labor Standards Act claims.

We appreciate Your Honor's attention to this matter. Please contact the undersigned counsel should you have any questions regarding this request.

Sincerely,

*Brent E. Pelton*

Brent E. Pelton, Esq. of
PELTON GRAHAM LLC

cc: All counsel (via ECF)

**New York**: 111 Broadway, Suite 1503, New York, NY 10006  Tel. 212-385-9700  Fax 212-385-0800
**San Francisco**: 456 Montgomery Street, 18th Fl., San Francisco, CA 94104  Tel. 415-437-9100  Fax 212-385-0800

www.PeltonGraham.com

The request for an extension of time for the parties to file their motion for approval of the settlement is adjourned to April 12, 2021. The time for defendants to answer or move in response to the complaint is extended to April 16, 2021. The conference is adjourned to May 7, 2021, at 10:00 a.m.

Dated: New York, New York
       March 4, 2021

                              SO ORDERED:

                              Sidney H. Stein, U.S.D.J.