UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **STANLEY WARREN, Individually and On Behalf of All Others Similarly Situated,**<br><br>**Plaintiff,**<br><br>-against-<br><br>**ABA NOUB, LTD. d/b/a JOSEPH PHARMACY, AVA KIRELLOUS LTD. d/b/a WELLNESS PHARMACY, SHERIF ELTAHAWY and LIZETTE ELTAHAWY, Jointly and Severally,**<br><br>**Defendants.** | **21 Civ. 00365 (SHS)** |

**AFFIDAVIT OF BRENT E. PELTON IN SUPPORT OF PLAINTIFF'S MOTION FOR APPROVAL OF FLSA SETTLEMENT**

I, Brent E. Pelton, declare as follows:

1. I am an attorney admitted before this Court. I am a member of the firm of Pelton Graham LLC ("Pelton Graham") in New York, New York, Plaintiff's Counsel herein.

2. I am one of the lawyers primarily responsible for the prosecution of Plaintiff's claims against Defendants in the following action: *Warren, et al. v. Aba Noub, Ltd. d/b/a Joseph Pharmacy, et al.*, Civil Action No. 20 Civ. 03956 (LTS)(GWG) (hereinafter referred to as the "Action").

3. I make these statements based on personal knowledge and would so testify if called as a witness at trial.

**Plaintiff's Counsel's Fees and Costs**

4. To date, our firm's efforts in litigating and settling this action have been without compensation.

5. The Named Plaintiff Stanley Warren ("Warren" or "Plaintiff") agreed to Plaintiff's counsel's fees of up to one-third of the settlement fund and reimbursement for costs. Specifically, he agreed in his individually negotiated retainer agreement, that Pelton Graham would recover up to one-third of the gross settlement, or counsel's hourly rate, whichever was greater, plus litigation costs.

6. I graduated from Northwestern School of Law at Lewis and Clark College and have approximately fourteen (14) years of experience practicing within the Southern and Eastern districts of New York and the New York State court system, and significant experience litigating Fair Labor Standards Act and New York Labor Law unpaid wages lawsuits, including serving as lead counsel on two (2) multi-plaintiff federal wage and hour jury trials. I am a member of the National Employment Lawyers Association ("NELA") and NELA's New York Chapter. I was nominated as a Super Lawyer – Rising Star for the New York Metro area in the practice area of Employment Litigation in 2013 and a Super Lawyer for the New York Metro area in 2014, 2015 and 2016. I am frequently contacted by the media and the press to discuss current employment law related issues, and I have been a panelist on several CLE seminars on the topic of employment litigation. I am also admitted to practice in the State of California. My hourly billable rate is $450.

7. Taylor B. Graham is a partner with Pelton Graham and has been with the firm since May 2009. Mr. Graham received a J.D. from Fordham University School of Law in 2011, where he was an Irving R. Kaufman Scholarship recipient and earned the Archibald R. Murray Public Service Award. Mr. Graham was nominated as a Super Lawyer – Rising Star for the New York Metro Area in the area of Employment Litigation for 2016 and is a member of NELA, NELA's New York Chapter, and the American Bar Association Labor and Employment Law Section. He

has federal wage and hour multi-plaintiff trial and appellate experience. He is admitted to practice in the States of New York and New Jersey, and the Southern, Eastern, Western, and Northern Districts of New York. Mr. Graham's hourly billable rate is $350.

8.	Alison L. Mangiatordi is an associate with Pelton Graham who has been with the firm since May 2013. Ms. Mangiatordi received a J.D. from The George Washington University School of Law in 2011, where she earned the Ogden W. Fields Graduate Prize for Excellence in Labor Law and the Pro Bono Service Award. Ms. Mangiatordi was nominated as a Super Lawyer – Rising Star for 2014, 2015, 2016, 2017, 2018, 2019 and 2020 for the New York Metro Area in the practice area of Employment Litigation. Ms. Mangiatordi is admitted to practice in the state of New York and Southern and Eastern Districts of New York. Ms. Mangiatordi's hourly billable rate is $300.

9.	Pelton Graham routinely litigates against a number of the largest and best capitalized employment defense firms in the nation and relies on a small number of resolutions to continue to represent primarily low-income individuals in employment rights litigation.

10.	Based on our firm's extensive experience in precisely this type of litigation and our thorough familiarity with the factual and legal issues in this case, we have reached the firm conclusion that the proposed Settlement, as is set forth in the Settlement Agreement annexed hereto as Exhibit A, is clearly in the best interests of the Plaintiff.

11.	To date, we have spent approximately 43.15 hours in prosecuting and settling this matter and we anticipate expending more hours after the date of this affidavit in administering the settlement approval and payout process.

12.	The hours reported are reasonable for a case of this complexity and magnitude and were compiled from contemporaneous time records maintained by each attorney participating in

this case. A copy of Pelton Graham's contemporaneous time records for this matter are attached hereto as **Exhibit B** and a copy of Pelton Graham's record of litigation costs is attached as **Exhibit C**.

I declare under penalty of perjury, under 28 U.S.C.§1746, that the foregoing is true and correct.

Executed this 24th day of March, 2021.
New York, New York

                                       /s/ Brent E. Pelton
                                       Brent E. Pelton

                                       **PELTON GRAHAM LLC**
                                       111 Broadway, Suite 1503
                                       New York, NY 10006
                                       Telephone: (212) 385-9700
                                       Facsimile: (212) 385-0800
                                       Email: pelton@peltongraham.com

                                       *Attorneys for Plaintiff*